LAW OFFICES OF EPHRAIM MARGOLIN
Ephraim Margolin, State Bar No. 032582
Gary K. Dubcoff, State Bar No. 168089
240 Stockton Street, Fourth Floor
San Francisco, CA 94108
Telephone: (415) 421-4347
Facsimile: (415) 397-9801
Ephraim_Margolin@yahoo.com
dubcoff@sbcglobal.net

Attorneys for Plaintiff Stephen Liebb

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
BARBARA C. SPIEGEL
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5577
Fax: (415) 703-5843
Jennifer.Nygaard@doj.ca.gov

Attorneys for Defendants A. Kane, J. Woodford, and J. Nunez
SF2002200246

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STEPHEN LIEBB,**

　　　　　　　　　　　　　Plaintiff,

v.

**J. S. WOODFORD, et al.,**

　　　　　　　　　　　　　Defendants.

JCS
CASE NO. C 01-2087 ~~CW~~

~~PROPOSED~~ **STIPULATION EXTENDING DISCOVERY DEADLINES**

Plaintiff Stephen Liebb and Defendants A. Kane, J. Woodford, and J. Nunez (Parties) hereby stipulate to extend the discovery deadlines as follows:

1. All expert disclosures required by the Federal Rules of Civil Procedure shall be made by June 1, 2006.

2. All non-expert discovery shall be completed by June 30, 2006.

3. All discovery from experts shall be completed by July 17, 2006.

The Parties request that the Court adopt this proposed discovery schedule and enter it as the Court's Order.

Dated: January 26, 2006       /s/ Ephraim Margolin
                              Ephraim Margolin, Attorney for Plaintiff

Dated: January 26, 2006       /s/ Jennifer Nygaard
                              Jennifer Nygaard, Attorney for Defendants

Proposed Stipulation & Order Extending Disc. Deadlines         *Liebb v. Woodford, et. al.*
                                                                Case No. C 01-2087 CW

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LIEBB,<br><br>Plaintiff,<br><br>v.<br><br>J. S. WOODFORD, et al.,<br><br>Defendants. | JCS<br>CASE NO. C 01-2087 ~~CW~~<br><br>[~~PROPOSED~~] ORDER EXTENDING DISCOVERY DEADLINES |

The foregoing ~~Proposed~~ Stipulation Extending Discovery Deadlines is hereby adopted by the Court as the discovery order in this case.

Dated: January 27, 2006

JOSEPH C. SPERO
United States Magistrate Judge

Proposed Stipulation & Order Extending Disc. Deadlines     Liebb v. Woodford, et. al.
Case No. C 01-2087 CW

3