FILED
MAR 21 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LIEBB,

Plaintiff,

v.

J. S. WOODFORD, *et al.*,

Defendants.

Case No. C 01-2087 JCS

**ORDER RE STEPHEN LIEBB'S ATTENDANCE AT SETTLEMENT CONFERENCE BY TELEPHONE**

Upon application of Mr. Liebb, without opposition from defendants, IT IS HEREBY ORDERED that San Quentin State Prison shall make a telephone available to Mr. Liebb on March 30, 2006, beginning at 1:30 p.m., so that he may attend by telephone the Settlement Conference in this case, and permit him to use the phone until the conclusion of the Conference.

DATED: March 21, 2006

RICHARD SEEBORG
United States Magistrate Judge