| | |
|---|---|
| 1 | JAMES J. BROSNAHAN (CA SBN 34555)<br>JBrosnahan@mofo.com |
| 2 | NYOKI T. SACRAMENTO (CA SBN 239046)<br>NSacramento@mofo.com |
| 3 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 4 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |
| 6 | Attorneys for Plaintiff<br>STEPHEN LIEBB |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN LIEBB,<br><br>            Plaintiff,<br><br>    v.<br><br>J.S. WOODFORD, et al.,<br><br>            Defendants. | Case No.   C 01-2087 JCS<br><br>**NOTICE AND [PROPOSED]**<br>**ORDER OF SUBSTITUTION OF**<br>**COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff STEPHEN LIEBB. substitutes Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, (415) 268-7000, as counsel of record in place and instead of Law Offices of Ephraim Margolin.

STEPHEN LIEBB'S NOTICE AND [PROPOSED]
ORDER FOR SUBSTITUTION OF COUNSEL
CASE NO. C01-2087 JCS
sf-2122462

1

| | |
|---|---|
| 1 | I AGREE AND ACCEPT THIS SUBSTITUTION: |
| 2 | Dated: May 25, 2006 |
| |           STEPHEN LIEBB |

Dated: May 25, 2006

     /s/ Stephen Liebb
        Stephen Liebb

Dated: May 25, 2006

JAMES J. BROSNAHAN
NYOKI T. SACRAMENTO
MORRISON & FOERSTER LLP

By:   /s/ James J. Brosnahan
        James J. Brosnahan

Attorneys for Plaintiff
STEPHEN LIEBB

Dated: May 25, 2006

EPHRAIM MARGOLIN
GARY K. DUBCOFF
LAW OFFICES OF EPHRAIM MARGOLIN

By:   /s/ Ephraim Margolin
        Ephraim Margolin

Attorneys for Plaintiff
STEPHEN LIEBB

**GENERAL ORDER 45 ATTESTATION**

I, James J. Brosnahan, am the ECF User whose ID and password are being used to file the Notice and [Proposed] Order of Substitution of Counsel. In compliance with General Order 45, X.B., I hereby attest that Stephen Liebb and Ephraim Margolin have have concurred in this filing.

     /s/ James J. Brosnahan
        James J. Brosnahan

1. Good cause appearing,
2. IT IS HEREBY ORDERED that Morrison & Foerster LLP be substituted for Law Offices of
3. Ephraim Margolin as counsel of record for Stephen Liebb
4.
5. Dated: __May 30__, 2006
6. UNITED _____ JUDGE

(Signature: Judge Joseph C. Spero, United States District Court, Northern District of California)

28  STEPHEN LIEBB'S NOTICE AND [PROPOSED]    3
ORDER FOR SUBSTITUTION OF COUNSEL
CASE NO. C01-2087 JCS
sf-2122462