1  JAMES J. BROSNAHAN (CA SBN 34555)
   JBrosnahan@mofo.com
2  NYOKI T. SACRAMENTO (CA SBN 239046)
   NSacramento@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  Attorneys for Plaintiff
   STEPHEN LIEBB
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 STEPHEN LIEBB,                    | Case No.   C 01-2087 JCS
14                                   |
              Plaintiff,             | **JOINT STIPULATION AND
15                                   | [PROPOSED] ORDER REVISING
       v.                            | FURTHER CASE MANAGEMENT
16                                   | AND PRETRIAL ORDER**
17 J.S. WOODFORD, et al.,            | Magis. Joseph C. Spero
18            Defendants.            |

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER REVISING FURTHER CASE MANAGEMENT AND PRETRIAL ORDER
CASE NO. C01-2087 JCS
sf-2139359

The parties in the above entitled action, through their above respective counsel of record, hereby stipulate to the following:

1. Dispositive Motions Hearing Date: September 1, 2006
2. Fact Discovery Cut-Off: September 22, 2006
3. Designation of Experts: September 29, 2006
4. Counter Designation of Experts: October 20, 2006
5. Expert discovery Cut-Off: November 3, 2006

The parties so stipulate with the understanding that all other dates set pursuant to the Court's April 7, 2006 Further Case Management and Pretrial Order shall remain the same.

Dated: June 2, 2006

JAMES J. BROSNAHAN
NYOKI T. SACRAMENTO
MORRISON & FOERSTER LLP

By: /s/ James J. Brosnahan
James J. Brosnahan

Attorneys for Plaintiff
STEPHEN LIEBB

Dated: June 2, 2006

BILL LOCKYER, ATTORNEY GENERAL
JENNIFER J. NYGAARD, DEPUTY ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE

By: /s/ Jennifer J. Nygaard
Jennifer J. Nygaard

Attorneys for Defendants
J.S. WOODWARD, et al.

JOINT STIPULATION AND [PROPOSED] ORDER REVISING FURTHER CASE MANAGEMENT AND PRETRIAL ORDER
CASE NO. C01-2087 JCS
sf-2139359

1

| | |
|---|---|
| 1 | **GENERAL ORDER 45 ATTESTATION** |
| 2 | I, James J. Brosnahan, am the ECF User whose ID and password are being used to file this |
| 3 | Joint Stipulation and [Proposed] Order Revising Further Case Management and Pretrial Order. In |
| 4 | compliance with General Order 45, X.B., I hereby attest that Jennifer J. Nygaard has concurred in |
| 5 | this filing. |
| 6 | |
| 7 | /s/ James J. Brosnahan<br>James J. Brosnahan |

JOINT STIPULATION AND [PROPOSED] ORDER REVISING FURTHER CASE MANAGEMENT AND PRETRIAL ORDER
CASE NO. C01-2087 JCS
sf-2139359

2

1  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

3  Dated: __June 6__, 2006

   _____
   C. Spero
   UNITED STATES MAGISTRATE JUDGE

   *Judge Joseph C. Spero*