| | |
|---|---|
| 1 | JAMES J. BROSNAHAN (CA SBN 34555)<br>JBrosnahan@mofo.com |
| 2 | NYOKI T. SACRAMENTO (CA SBN 239046)<br>NSacramento@mofo.com |
| 3 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 4 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |
| 6 | Attorneys for Plaintiff<br>STEPHEN LIEBB |
| 7 | |
| 8 | BILL LOCKYER<br>ATTORNEY GENERAL |
| 9 | JENNIFER J. NYGAARD (CA SBN 229494)<br>DEPUTY ATTORNEY GENERAL |
| 10 | California Department of Justice<br>455 Golden Gate Avenue, Ste. 11000 |
| 11 | San Francisco, CA 94102-7004<br>Telephone: (415) 703-5577 |
| 12 | Facsimile: (415) 703-5843 |
| 13 | Counsel for Defendants<br>J.S. WOODFORD, A.P. KANE, |
| 14 | and J. NUNEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN LIEBB,<br><br>        Plaintiff,<br><br>   v.<br><br>J.S. WOODFORD, et al.,<br><br>        Defendants. | Case No. C 01-2087 JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Magis. Joseph C. Spero |

JOINT STIPULATION AND [PROPOSED] ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. C01-2087 JCS
sf-2201388

1    It is hereby stipulated between the parties that Plaintiff and Defendants have reached a
2 tentative settlement in this matter and are in the process of finalizing the terms of the settlement
3 agreement and obtaining signatures. The parties anticipate that a Stipulation and Order for Dismissal
4 of Plaintiff's Action will be filed with the Court within the next forty-five days. Accordingly, the
5 parties respectfully request that the Court issue an Order vacating the Further Case Management
6 Conference scheduled for October 6, 2006.

7

8    Dated: September 28, 2006
                                            JAMES J. BROSNAHAN
9                                           NYOKI T. SACRAMENTO
                                            MORRISON & FOERSTER LLP
10

11                                          By:    /s/ Nyoki T. Sacramento
                                                   Nyoki T. Sacramento
12
                                            Attorneys for Plaintiff
13                                          STEPHEN LIEBB

14
     Dated: September 28, 2006
15
                                            BILL LOCKYER, ATTORNEY GENERAL
16                                          JENNIFER J. NYGAARD, DEPUTY
                                            ATTORNEY GENERAL
17                                          CALIFORNIA DEPARTMENT OF JUSTICE

18
                                            By:    /s/ Jennifer J. Nygaard
19                                                 Jennifer J. Nygaard

20                                          Attorneys for Defendants
                                            J.S. WOODWARD, et al.
21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE            1
CASE NO. C01-2087 JCS
sf-2139359

**GENERAL ORDER 45 ATTESTATION**

I, Nyoki T. Sacramento, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Vacating Further Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Jennifer J. Nygaard has concurred in this filing.

        /s/ Nyoki T. Sacramento
        Nyoki T. Sacramento

1   PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

2   Dated: __Sept. 29___, 2006          _____
3                                                    Hon. Joseph C. Spero
                                        UNITED STATES MAGISTRATE JUDGE