IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LIEBB,<br><br>    Plaintiff,<br><br>v.<br><br>J.S. WOODFORD, ET AL.,<br><br>    Defendant.<br>_____/ | No. C 01-2087 JCS<br><br>**ORDER GRANTING IN PART THE JOINT STIPULATION VACATING FURTHER CASE MANAGEMENT CONFERENCE [Docket No. 103]** |

The Joint Stipulation and Order Vacating Further Case Management Conference, filed on November 6, 2006, in the above captioned case is **GRANTED**. The further case management conference currently set for November 17, 2006, at 1:30 p.m., has been continued to **December 15, 2006, at 1:30 p.m.**

**IT IS SO ORDERED**

Dated:   November 7, 2006

_____
Joseph C. Spero
UNITED STATES MAG. JUDGE