JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
NYOKI T. SACRAMENTO (CA SBN 239046)
NSacramento@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
STEPHEN LIEBB


BILL LOCKYER
ATTORNEY GENERAL
JENNIFER J. NYGAARD (CA SBN 229494)
DEPUTY ATTORNEY GENERAL
California Department of Justice
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5577
Facsimile: (415) 703-5843

Counsel for Defendants
J.S. WOODFORD, A.P. KANE,
and J. NUNEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN LIEBB,<br><br>                    Plaintiff,<br><br>     v.<br><br>J.S. WOODFORD, et al.,<br><br>                    Defendants. | Case No.   C 01-2087 JCS<br><br>**JOINT STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE, PURSUANT TO SETTLEMENT AGREEMENT AND [PROPOSED] ORDER**<br><br>Magis. Joseph C. Spero (JCS) |

The parties to this action, by their undersigned counsel of record and pursuant to an executed written settlement agreement, hereby jointly stipulate as follows:

1. Stephen Liebb hereby voluntarily dismisses his complaint, with prejudice.

2. Each of the parties shall bear their own costs and attorneys fees.

Dated: November 21, 2006

JAMES J. BROSNAHAN
NYOKI T. SACRAMENTO
MORRISON & FOERSTER LLP

By: /s/ Nyoki T. Sacramento
Nyoki T. Sacramento

Attorneys for Plaintiff
STEPHEN LIEBB

Dated: November 21, 2006

BILL LOCKYER, ATTORNEY GENERAL
JENNIFER J. NYGAARD, DEPUTY ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE

By: /s/ Jennifer J. Nygaard
Jennifer J. Nygaard

Attorneys for Defendants
J.S. WOODWARD, et al.

**GENERAL ORDER 45 ATTESTATION**

I, Nyoki T. Sacramento, am the ECF User whose ID and password are being used to file this Joint Stipulation For Dismissal of Complaint With Prejudice, Pursuant to Settlement Agreement and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Jennifer J. Nygaard has concurred in this filing.

/s/ Nyoki T. Sacramento
Nyoki T. Sacramento

1  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: November 27, 2006

_____
Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*